# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: ED CV 07-00859-SJO (PJW)**  **Date:** June 11, 2009

**TITLE:** *Alex S. Loera v. Det. Dunnigan, et al.*

==================================================================
**PRESENT:**

**HON. PATRICK J. WALSH, MAGISTRATE JUDGE**

| Isabel Martinez | N/A |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFF:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**

   None                                                                  None


**PROCEEDINGS:** Order to Show Cause Regarding Plaintiff's Failure to File Second Amended Complaint (In Chambers)

On March 2, 2009, the Court dismissed Plaintiff's Complaint with leave to file a Second Amended Complaint ("SAC") by March 31, 2009. As of the date of this Order, Plaintiff has not done so.

Under Federal Rule of Civil Procedure 41(b), an action may be involuntarily dismissed for failure of the plaintiff to prosecute or comply with any order of the Court. *See Ahearn v. City of Palos Verdes*, 2009 WL 1011071, at *5 (C.D. Cal. Apr. 14, 2009). A plaintiff's failure to file an amended complaint, "despite being admonished of the consequences, evidences a lack of prosecution on [his] part." *Id.*

Accordingly, Plaintiff has until **July 13, 2009**, to file his SAC or, alternatively, to show good cause for his failure to timely file the SAC by filing one or more declarations under penalty of perjury and supporting documents, if needed.

Plaintiff is warned that if he does not respond to this Order within the time allowed, or if he fails to show good cause for the failure to timely file the SAC, this action may be dismissed under Rule 41(b).

**MINUTES FORM 90**                                                **Initials of Deputy Clerk __IM__**
**CIVIL -- GEN**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

cc:

Alex Lorea                          Bruce Praet
CDC No. V23426                      Ferguson Praet & Sherman
CSP-Corcoran                        1631 East 18th Street
P.O Box 3476                        Santa Ana, CA 92705
Corcoran, CA 93212

S:\PJW\Cases-Civil Rights\LOERA, A 859\MO_OSC.failure.file.SAC.wpd

**MINUTES FORM 90**                 **Initials of Deputy Clerk   IM**
**CIVIL -- GEN**