UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEX LOERA, | ) | CASE No. ED CV 07-0859-SJO(PJW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| v. | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| | ) | AND RECOMMENDATIONS OF UNITED |
| T. DUNNIGAN, et al., | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Defendants. | ) | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

                February 24, 2010
     DATED:    _____.

                              _S. James Otero_____
                              S. JAMES OTERO
                              UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Order accep_R&R.wpd