1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10  ALEX LOERA,                        )  CASE NO. CV 07-0859-SJO(PJW)
                                       )
11              Plaintiff,             )
                                       )  J U D G M E N T
12        v.                           )
                                       )
13  T. DUNNIGAN, et al.,               )
                                       )
14              Defendants.            )
    _____)
15
16       Pursuant to the Order Adopting Findings, Conclusions, and
17  Recommendations of United States Magistrate Judge,
18       IT IS ADJUDGED that the action is dismissed without prejudice.
19
                         February 24, 2010
20       DATED:    _____.
21
                                    *S. James Otero* (signature)
22
23                                  _____
                                    S. JAMES OTERO
24                                  UNITED STATES DISTRICT JUDGE
25
26
27
28

C:\Temp\notesFFF692\Judgment..wpd